

```
             FILED
      CLERK, U.S. DISTRICT COURT

         APR 16 2025

   CENTRAL DISTRICT OF CALIFORNIA
   BY:        rsm        DEPUTY
```

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: TIKTOK, INC., MINOR PRIVACY
LITIGATION

2:25-ml-03144-GW-RAO

MDL No. 3144

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On April 3, 2025, the Panel transferred 4 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable George H. Wu.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wu.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 3, 2025, and, with the consent of that court, assigned to the Honorable George H. Wu.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

   Apr 14, 2025

    CLERK'S OFFICE
     UNITED STATES
   JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

I hereby attest and certify on APR 1 6 2025
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK
RENICO SMITH

1175

IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION                    MDL No. 3144

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 25-01304 | W. v. ByteDance, Inc. et al   2:25-CV-03330-GW-RAOx |
| CAN | 3 | 25-01320 | J.O. v. ByteDance, Inc. et al   2:25-CV-03333-GW-RAOx |
| CAN | 3 | 25-02097 | Brodiski et al v. TikTok Inc. et al   2:25-CV-03336-GW-RAOx |
| CAN | 5 | 25-02239 | Armbruster et al v. ByteDance Inc. et al   2:25-CV-03338-GW-RAOx |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 25-00730 | J.R. v. ByteDance, Inc. et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 4 | 25-00109 | RILEY v. BYTEDANCE INC et al |
| FLN | 4 | 25-00112 | LINDSEY v. BYTEDANCE INC et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 25-60498 | MICHAEL LUONG on behalf of D.L v. BYTEDANCE, INC et al |
| FLS | 2 | 25-14095 | H.T. v. ByteDance Inc. et al |
| ~~FLS~~ | ~~1~~ | ~~25-21259~~ | ~~Ramlawi-Benton v. Bytedance, Inc. et al~~   Vacated 4/14/2025 |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 25-00457 | Martin et al v. Bytedance, Inc. et al |
| **MINNESOTA** | | | |
| MN | 0 | 25-00677 | Walters v. ByteDance, Inc. et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 25-00310 | White v. Bytedance, Inc. et al |
| **WEST VIRGINIA SOUTHERN** | | | |
| WVS | 2 | 25-00142 | Hinkle et al v. ByteDance, Inc. et al |